## THE PEERLESS.

### BYERS et al. v. THE PEERLESS.

#### (Circuit Court of Appeals, Second Circuit. April 18, 1893.)

COLLISION—HELL GATE—EAST CHANNEL—SIGNALS—RULE 19.
A tug with two small schooners in tow on a hawser was going up the east channel of Hell Gate with the first of the flood tide, and was about in the middle of the channel. A steam yacht, bound west, took the east channel to avoid meeting two sailing vessels directly in front of her. On seeing the tug the yacht gave one whistle, and ported her helm. The tug immediately responded with one whistle, but did not alter her wheel. As soon as the yacht saw that the tug did not change her course, she reversed, but too late to avoid the tug, which was sunk. *Held*, that the yacht had the right to take the east channel, and her navigation was without fault; that the cause of the collision was the failure of the tug to alter her course in accordance with the whistle, which there was nothing to prevent her from doing, and she was consequently solely liable for the collision. 48 Fed. Rep. 844, affirmed.

Appeal from the District Court of the United States for the Southern District of New York.

In Admiralty. Suit to recover damages caused by collision. The court below dismissed the libel. See 48 Fed. Rep. 844, where the

case will be found stated in full in the opinion of BROWN, district judge. Affirmed.

J. F. Mosher, for appellants.

Harrington Putnam, for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the opinion of Judge BROWN, who decided this cause in the court below. 48 Fed. Rep. 844. The decree is affirmed, with costs of the appeal.